UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC, DTTM OPERATIONS LLC, and
CIC OPERATIONS LLC,

    *Plaintiffs,*

    v.

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

    *Defendants.*

_____/

**Case No. 8:25-cv-03053**

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years; my business address is Boies Schiller Flexner LLP, 401 East Las Olas Blvd, Suite 1200, Fort Lauderdale, FL 33301; I am one of the attorneys for Plaintiffs, The Trump Organization LLC ("Trump Organization"), DTTM Operations LLC ("DTTM"), CIC Opeations LLC ("CIC") (together, "Plaintiffs"), in the above-captioned action; and I am duly admitted to practice before the courts of the State of Florida and the United States District Court for the Middle District of Florida.

On December 5, 2025—under the methods of service authorized in the Court's November 14, 2025 Order Granting Plaintiffs' "*Ex Parte* Motion for Alternate for Temporary Restraining Order" ("TRO") (Doc. 18) and in compliance with the TRO—I caused to be sent emails to the email addresses provided by third-party-marketplace platforms for the Defendants appearing on Schedule A to Plaintiffs' Complaint (re-attached as Exhibit 1). These emails attached (1) copies of the Complaint; (2) Plaintiffs' trademark registrations; (3) the Issued Summons; (4) Schedule A; (5) Plaintiffs' Motion for Temporary Restraining Order, including the Memorandum, Client Declaration, and related documents; (6) the Notice of the Court's upcoming Case Management Conference; (7) the TRO; and (8) the Order extending the TRO. I also effected service of process on those Defendants via publication by posting a true and accurate copy of the aforementioned documents, and all documents entered on the docket, on Plaintiffs' designated notice website: http://trump-cases.com/case-25-cv-03053.html.[1]

---

[1] Under Middle District of Florida Local Rule 6.01(c)(3), I also caused to be effected service of process of the posted bond by providing Defendants a true and correct copy of Plaintiffs' Notice of Posting Bond (Doc. 22) via email and website posting on December 5, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 8, 2025

Respectfully submitted,

By: */s/ David Costello*

Katie Kavanaugh
(*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
dcostello@bsfllp.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of December, 2025, a true and correct copy of the foregoing, including the exhibit, was filed with the Court's CM/ECF system.

By: */s/ David Costello*
David Costello (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
dcostello@bsfllp.com