# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC, DTTM OPERATIONS LLC, and
CIC OPERATIONS LLC,

    *Plaintiffs,*

    v.

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

    *Defendants.*

**Case No. 8:25-cv-03053**

_____/

## SCHEDULE A

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | AWARTEN INTERNATIONAL | https://awartenintl.trustpass.alibaba.com/contactinfo.html |
| 2 | Baoding Solin Shoes And Hats Sales Co., Ltd. | https://bdsolin.en.alibaba.com/contactinfo.html |
| 3 | Hebei Dishixiao Gloves Manufacture Co., Ltd. | https://dsxgloves.en.alibaba.com/contactinfo.html |
| 4 | Hebei Qianxian Trading Co., Ltd. | https://qianxian.en.alibaba.com/contactinfo.html |
| 5 | QUICK PUNCH | https://quickpunch.trustpass.alibaba.com/contactinfo.html |

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 6 | Shenzhen Yilu Youni Technology Co., Ltd. | https://deerny.en.alibaba.com/contactinfo.html |
| 7 | Wenzhou Tisdan Industry And Trade Co., Ltd. | https://wztisidan.en.alibaba.com/contactinfo.html |
| 8 | Yiwu Lianjin Electronic Commerce Co., Ltd. | https://yiwulianjin.en.alibaba.com/contactinfo.html |
| 9 | Yiwu Shangyi Garment Co., Ltd. | https://shangyiclothing.en.alibaba.com/contactinfo.html |
| 10 | Yiwu Tooomo Import & Export Co., Ltd. | https://ywtonmao.en.alibaba.com/contactinfo.html |
| 11 | Dream ReaLm Store | https://www.aliexpress.com/store/1103890268 |
| 12 | Global Cool Car Store | https://www.aliexpress.com/store/1103843575 |
| 13 | Hot Wholesale Store | https://www.aliexpress.com/store/1103832936 |
| 14 | Jemma Cosplay Costume Store | https://www.aliexpress.com/store/1102665076 |
| 15 | Jemma Cosplay Store | https://www.aliexpress.com/store/1101498059 |
| 16 | PRO Club Global Store | https://www.aliexpress.com/store/1104332610 |
| 17 | Shop1104492693 Store | https://www.aliexpress.com/store/1104491677 |
| 18 | Top-Daily Necessities Store | https://www.aliexpress.com/store/1101370121 |
| 19 | Wenkun0706 Store | https://www.aliexpress.com/store/1103845672 |
| 20 | awesome888 | https://www.dhgate.com/store/about-us/22015686.html |
| 21 | babynice126 | https://www.dhgate.com/store/about-us/21880215.html |
| 22 | cup0830 | https://www.dhgate.com/store/about-us/21780127.html |
| 23 | daye05 | https://www.dhgate.com/store/about-us/21751639.html |

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 24 | diao05 | https://www.dhgate.com/store/about-us/21753147.html |
| 25 | gardenhome01 | https://www.dhgate.com/store/about-us/21880181.html |
| 26 | goodlifefactory | https://www.dhgate.com/store/about-us/21726846.html |
| 27 | homemarket19 | https://www.dhgate.com/store/about-us/21997600.html |
| 28 | killy1688 | https://www.dhgate.com/store/about-us/21873395.html |
| 29 | mengyang10 | https://www.dhgate.com/store/about-us/21608240.html |
| 30 | pang05 | https://www.dhgate.com/store/about-us/21859874.html |
| 31 | ren03 | https://www.dhgate.com/store/about-us/21859836.html |
| 32 | saraha_store | https://www.dhgate.com/store/about-us/21874925.html |
| 33 | smyy6 | https://www.dhgate.com/store/about-us/21768634.html |
| 34 | smyy888 | https://www.dhgate.com/store/about-us/21882496.html |
| 35 | trendy_top_store | https://www.dhgate.com/store/about-us/22024355.html |
| 36 | zxdingzhi | https://www.dhgate.com/store/about-us/22254201.html |
| 37 | 2021-andy-01 | https://www.ebay.com/usr/2021-andy-01 |
| 38 | aishang-vip (aishan2012) | https://www.ebay.com/str/aishangvip |
| 39 | amazingvalue-deal99 | https://www.ebay.com/str/amazingvaluedeal99 |
| 40 | blingjellyfish | https://www.ebay.com/str/blingjellyfish |
| 41 | chenshans83 | https://www.ebay.com/usr/chenshans83 |
| 42 | dandai41 (SanQuYi) | https://www.ebay.com/usr/dandai41 |
| 43 | dillmurlati | https://www.ebay.com/str/dillmurlati |
| 44 | dreamhouse_88 | https://www.ebay.com/str/dreamhouse88 |
| 45 | fifty-five-55-fifty-five (chrom_6663) | https://www.ebay.com/str/fiftyfive55fiftyfive |

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 46 | glo56junry51 | https://www.ebay.com/usr/glo56junry51 |
| 47 | lifan-34 | https://www.ebay.com/usr/lifan-34 |
| 48 | nengzhuan | https://www.ebay.com/str/nengzhuan |
| 49 | qinchen77View profile (qinchen77) | https://www.ebay.com/str/qinchen77viewprofile |
| 52 | yilutengda_888 | https://www.ebay.com/str/tengda888 |
| 53 | yiwushichangxiaf-0 | https://www.ebay.com/str/yiwushichangxiaf0 |
| 54 | Zhengkai Zhu (yiwushilianliugongch-0) | https://www.ebay.com/str/zhengkaizhu |
| 55 | Zhonghao Zhu (yiwushizhuihedianzi0) | https://www.ebay.com/str/zhonghaozhu |
| 56 | HaiYenHandmadeVN | https://www.etsy.com/shop/HaiYenHandmadeVN?ref=shop-header-name&listing_id=4305676711 |
| 57 | KENTGIFT | https://www.etsy.com/shop/KENTGIFT?ref=shop-header-name&listing_id=4296910473 |
| 58 | Action Home | https://www.walmart.com/reviews/seller/102626953 |
| 59 | CHENGCHONG | https://www.walmart.com/reviews/seller/101650995 |
| 60 | ChuangTaiShangMao | https://www.walmart.com/reviews/seller/102853079 |
| 61 | CJLSD | https://www.walmart.com/reviews/seller/102499399 |
| 62 | ComfortMart | https://www.walmart.com/reviews/seller/101581910 |
| 63 | Domzest | https://www.walmart.com/reviews/seller/102858940 |
| 64 | Eachnice | https://www.walmart.com/reviews/seller/101619905 |
| 65 | FuLiuFuLiu | https://www.walmart.com/reviews/seller/102506286 |
| 66 | Gaga Clothing | https://www.walmart.com/reviews/seller/102515030 |

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 67 | Gardening Tools Store | https://www.walmart.com/reviews/seller/102560571 |
| 68 | GuXianMing | https://www.walmart.com/reviews/seller/102807300 |
| 69 | HGT-TECH | https://www.walmart.com/reviews/seller/101280423 |
| 70 | Hinati | https://www.walmart.com/reviews/seller/101657080 |
| 71 | huangbatan.keji | https://www.walmart.com/reviews/seller/102884281 |
| 72 | HUAWAY | https://www.walmart.com/reviews/seller/102714997 |
| 73 | Jigreat | https://www.walmart.com/reviews/seller/101630211 |
| 74 | Junxin | https://www.walmart.com/reviews/seller/102908170 |
| 75 | Koninya | https://www.walmart.com/reviews/seller/102912680 |
| 76 | L8502-LXYB Clothing | https://www.walmart.com/reviews/seller/101666091 |
| 77 | Leemo | https://www.walmart.com/reviews/seller/102779981 |
| 78 | LLFCLL | https://www.walmart.com/reviews/seller/102486335 |
| 79 | Magic Pocket | https://www.walmart.com/reviews/seller/101694787 |
| 80 | mingzhudianzi | https://www.walmart.com/reviews/seller/102724908 |
| 81 | NODSUUP Store | https://www.walmart.com/reviews/seller/102521657 |
| 82 | Novasphere | https://www.walmart.com/reviews/seller/102738933 |
| 83 | OmniDaily Essentials | https://www.walmart.com/reviews/seller/102499241 |
| 84 | Pushtek Co. ltd | https://www.walmart.com/reviews/seller/101245739 |
| 85 | putianxiuyuxiamingshangmao | https://www.walmart.com/reviews/seller/102749677 |

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 86 | Quickwittc | https://www.walmart.com/reviews/seller/101683634 |
| 87 | shangxiangdianzishangwu | https://www.walmart.com/reviews/seller/102863880 |
| 88 | Sherenzhuangliang | https://www.walmart.com/reviews/seller/102853748 |
| 89 | Shining-Stars | https://www.walmart.com/reviews/seller/102826420 |
| 90 | Spretsnow | https://www.walmart.com/reviews/seller/102793743 |
| 91 | Springhua E-commerce Co., Ltd. | https://www.walmart.com/reviews/seller/102740525 |
| 92 | tian sheng yi an | https://www.walmart.com/reviews/seller/102819486 |
| 93 | TJSHOP | https://www.walmart.com/reviews/seller/102649452 |
| 94 | Uncle Nee's Store | https://www.walmart.com/reviews/seller/102624778 |
| 95 | WENQUNF | https://www.walmart.com/reviews/seller/102618624 |
| 96 | Xi an Shenghe Jurui Technology | https://www.walmart.com/reviews/seller/102782750 |
| 97 | xiamingshangmao | https://www.walmart.com/reviews/seller/102749677 |
| 98 | Xunxing Technology | https://www.walmart.com/reviews/seller/102687475 |
| 99 | yali | https://www.walmart.com/reviews/seller/102836749 |
| 100 | YiShuJia | https://www.walmart.com/reviews/seller/102804994 |
| 101 | YueFeiHaiGongSi | https://www.walmart.com/reviews/seller/101676717 |
| 102 | ZYDZ Store | https://www.walmart.com/reviews/seller/102757512 |
| 103 | Cozy Grocery | https://www.wish.com/merchant/684f879d352ccd226d79eb03 |
| 104 | Dressonce | https://www.wish.com/merchant/615617b05ae1f694850d0ecd |

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 105 | Drybrownfiercegj | https://www.wish.com/merchant/5f4e90def7c0675ea3124a17 |
| 106 | Etzel | https://www.wish.com/merchant/5dbd039129e7867babad7d83 |
| 107 | Fighting123 | https://www.wish.com/merchant/58b2d98996f1bb13f78452bf |
| 108 | louxuqongliu | https://www.wish.com/merchant/593798ab188f3d1bd2098aa7 |
| 109 | sunshine-cheongsam | https://www.wish.com/merchant/53d9db8e46188e7690e2791b |
| 110 | yangaimei | https://www.wish.com/merchant/58c40b6d98a47001a9fbf75f |
| 111 | Zealy Oddities | https://www.wish.com/merchant/673ff2744571a73e94b2de73 |

Dated: December 8, 2025

Respectfully submitted,

By: _/s/ David Costello_

Katie Kavanaugh
(*pro hac vice* pending)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
dcostello@bsfllp.com

*Attorneys for Plaintiffs*