UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC, DTTM OPERATIONS
LLC, and CIC OPERATIONS LLC,

    *Plaintiffs*,

    v.                                                                  **Case No. 8:25-cv-3053-TPB-NHA**

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

    *Defendants*.

_____/

## NOTICE OF SETTLEMENT WITH CERTAIN DEFENDANTS

Plaintiffs, The Trump Organization LLC, DTTM Operations LLC, and CIC Operations LLC, by and through undersigned counsel and under Middle District of Florida Local Rule 3.09, notify the Court that they have reached settlements with the following Defendants identified on Schedule A to the Complaint:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 81 | NODSUUP Store | https://www.walmart.com/reviews/seller/102521657 |
| 84 | Pushtek Co. ltd | https://www.walmart.com/reviews/seller/101245739 |
| 104 | Dressonce | https://www.wish.com/merchant/615617b05ae1f694850d0ecd |

Dated: December 16, 2025

Respectfully submitted,

By: */s/ Jason Hilborn*

Katie Kavanaugh
(*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

Jason Hilborn (FBN 1008829)
jhilborn@bsfllp.com
David Costello (FBN 1004952)
dcostello@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com

2