UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION LLC, DTTM OPERATIONS LLC, and CIC OPERATIONS LLC,

    *Plaintiffs,*

v.

Case No. 8:25-cv-3053-TPB-NHA

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants.*

_____/

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JASON HILBORN

    I, Jason Hilborn, hereby move to withdraw as counsel for Plaintiffs, The Trump Organization LLC, DTTM Operations LLC, and CIC Operations LLC (collectively "Plaintiffs"), pursuant to Local Civil Rule 2.02. The grounds for this Motion are as follows:

    1.    I will soon no longer be employed at Boies Schiller Flexner LLP ("BSF").

2. Pursuant to Local Civil Rule 2.02(c), I hereby certify that the Plaintiffs have consented to my withdrawal as counsel.

3. BSF will continue to represent Plaintiffs.

WHEREFORE, I hereby request permission to withdraw from this case and to be relieved from any further responsibilities in this matter.

Dated: January 13, 2026         Respectfully submitted,

By: */s/ Jason Hilborn*

| | |
|---|---|
| Katie Kavanaugh | Jason Hilborn (FBN 1008829) |
| (*pro hac vice*) | jhilborn@bsfllp.com |
| **BOIES SCHILLER FLEXNER LLP** | David Costello (FBN 1004952) |
| 2029 Century Park East, | dcostello@bsfllp.com |
| Suite 1520 | **BOIES SCHILLER FLEXNER LLP** |
| Los Angeles, CA 90067 | 401 East Las Olas Blvd, Suite 1200 |
| Telephone: (213) 629-9040 | Fort Lauderdale, FL 33301 |
| kkavanaugh@bsfllp.com | Telephone: (954) 356-0011 |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of January, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com