UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC, DTTM OPERATIONS
LLC, and CIC OPERATIONS LLC,

    *Plaintiffs,*

    v.   **Case No. 8:25-cv-3053-TPB-NHA**

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT WITH CERTAIN DEFENDANT

Plaintiffs, The Trump Organization LLC, DTTM Operations LLC, and CIC Operations LLC, by and through undersigned counsel and under Middle District of Florida Local Rule 3.09, notify the Court that they have reached settlements with the following Defendant identified on Schedule A to the Complaint:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 62 | ComfortMart | https://www.walmart.com/reviews/seller/101581910 |

Dated: January 27, 2026     Respectfully submitted,

By: */s/ David Costello*

Katie Kavanaugh     David Costello (FBN 1004952)
(*pro hac vice*)     dcostello@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**     **BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,     401 East Las Olas Blvd, Suite 1200
Suite 1520     Fort Lauderdale, FL 33301
Los Angeles, CA 90067     Telephone: (954) 356-0011
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com     *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ David Costello*
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
dcostello@bsfllp.com