UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC, DTTM OPERATIONS
LLC, and CIC OPERATIONS LLC,

    *Plaintiffs*,

    v.                                                                **Case No. 8:25-cv-3053-TPB-NHA**

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

    *Defendants*.

_____/

**NOTICE OF VOLUNTARY DISMISSAL
OF CERTAIN DEFENDANT WITHOUT PREJUDICE**

Plaintiffs, The Trump Organization LLC, DTTM Operations LLC, and CIC Operations LLC, by and through undersigned counsel and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss the following Defendant identified on Schedule A to the Complaint without prejudice:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 88 | Sherenzhuangliang | https://www.walmart.com/reviews/seller/102853748 |

Dated: March 4, 2026

Katie Kavanaugh
(*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

Respectfully submitted,

By: */s/ David Costello*
David Costello (FBN 1004952)
dcostello@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ David Costello*
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
dcostello@bsfllp.com