UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC, et al.,

      Plaintiffs,

v.                                                           Case No. 8:25-cv-3053-TPB-NHA

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and

recommendation of Natalie Hirt Adams, United States Magistrate Judge,

entered on July 1, 2026. (Doc. 114).   Judge Adams recommends that

Plaintiffs the Trump Organization LLC, DTTM Operations LLC, and CIC

Operations LLC's "Motion for Final Default Judgment and Permanent

Injunctive Relief" (Doc. 106) be granted in part.   Specifically, Judge Adams

recommends that judgment be entered in favor of Plaintiffs DTTM and

against defaulted Defendants on Counts I, II, and III; in favor of Plaintiff CIC

and against the defaulted Defendants on Counts I, II, and III; and in favor of

Plaintiff Trump Organization and against defaulted Defendants on Count II. Further, Judge Adams recommends that the Court enter a permanent injunction against defaulted Defendants and award statutory damages pursuant to 15 U.S.C. § 1117, as specified in the attached exhibit. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Adams's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiffs' motion for default judgment and permanent injunctive relief is granted as set forth herein. However, the Court declines to retain jurisdiction to enforce the judgment and the permanent injunction.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 114) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiffs the Trump Organization LLC, DTTM Operations LLC, and CIC Operations LLC's "Motion for Final Default Judgment and Permanent Injunctive Relief" (Doc. 106) is **GRANTED IN PART** as set forth in the report and recommendation.

(3) The Clerk is directed to enter judgment in favor of Plaintiff DTTM and against Defendants AWARTEN INTERNATIONAL, Hebei Dishixiao Gloves Manufacture Co., Ltd., QUICK PUNCH, Wenzhou Tisdan Industry And Trade Co., Ltd., Yiwu Tooomo Import & Export Co., Ltd., Jemma Cosplay Costume Store, Jemma Cosplay Store, Shop1104492693 Store, Wenkun0706 Store, babynice126, cup0830, daye05, diao05, mengyang10, pang05, ren03, saraha_store, smyy6, smyy888, trendy_top_store, zxdingzhi, 2021-andy-01, blingjellyfish, dillmurlati, glo56junry51, yiwushichangxiaf-0, Zhengkai Zhu (yiwushilianliugongch-0), Zhonghao Zhu, (yiwushizhuihedianzi0), HaiYenHandmadeVN, KENTGIFT, FuLiuFuLiu, Gardening Tools Store, Jigreat, Koninya, Leemo, LLFCLL, Uncle Nee's Store, Xi an

Shenghe Jurui Technology, yali, Drybrownfiercegj, Etzel, Fighting123, louxuqongliu, sunshine-cheongsam, and yangaimei on Counts I, II, and III.

(4)    The Clerk is further directed to enter judgment in favor of Plaintiff CIC and against the Defendants AWARTEN INTERNATIONAL, Baoding Solin Shoes And Hats Sales Co., Ltd., Hebei Dishixiao Gloves Manufacture Co., Ltd., Hebei Qianxian Trading Co., Ltd, QUICK PUNCH, Shenzhen Yilu Youni Technology Co., Ltd., Wenzhou Tisdan Industry And Trade Co., Ltd., Yiwu Lianjin Electronic Commerce Co., Ltd., Yiwu Shangyi Garment Co., Ltd, Yiwu Tooomo Import & Export Co., Ltd., Dream ReaLm Store, Global Cool Car Store, Hot Wholesale Store, Jemma Cosplay Costume Store, Jemma Cosplay Store, PRO Club Global Store, Shop1104492693 Store, Top Daily Necessities Store, Wenkun0706 Store, babynice126, cup0830, daye05, diao05, gardenhome01, goodlifefactory, homemarket19, killy1688, mengyang10, pang05, ren03, saraha_store, smyy6, smyy888, trendy_top_store, zxdingzhi, 2021-andy-01, blingjellyfish, dillmurlati, glo56junry51, qinchen77View profile (qinchen77), yiwushichangxiaf-0, Zhengkai Zhu (yiwushilianliugongch-0), Zhonghao Zhu, (yiwushizhuihedianzi0), CJLSD, Eachnice, Gaga Clothing, Gardening Tools Store, GuXianMing, HGT-

TECH, Jigreat, Koninya, L8502-LXYB Clothing, Leemo, LLFCLL, Magic Pocket, Novasphere, Quickwittc, tian sheng yi an, TJSHOP, Uncle Nee's Store, Xi an Shenge Jurui Technology, Xuxing Technology, yali ZYDZ Store, Drybrownfiercegj, Etzel, Fighting123, louxuqongliu, sunshinecheongsam, and yangaimei on Counts I, II, and III.

(5)     The Clerk is further directed to enter judgment in favor of Plaintiff the Trump Organization and against all Defaulted Defendants on Count II.

(6)     The injunctive relief awarded in the preliminary injunction is converted to a permanent injunction.

(7)     Plaintiffs CIC and DTTM are awarded statutory damages pursuant to 15 U.S.C. § 1117, as specified in the report and recommendation and the attached exhibit.

(8)     Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of July, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE