**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


THE TRUMP ORGANIZATION
LLC, et al.,

      Plaintiffs,

v.                                                        Case No. 8:25-cv-3053-TPB-NHA

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

      Defendants.

_____/

## EXHIBIT A

| From Defaulted Defendant | To Plaintiff | Amount |
|---|---|---|
| AWARTEN INTERNATIONAL | CIC | $100,000 |
| AWARTEN INTERNATIONAL | DTTM | $100,000 |
| Baoding Solin Shoes And Hats Sales Co., Ltd. | CIC | $200,000 |
| Hebei Dishixiao Gloves Manufacture Co., Ltd. | CIC | $100,000 |
| Hebei Dishixiao Gloves Manufacture Co., Ltd. | DTTM | $100,000 |
| Hebei Qianxian Trading Co., Ltd | CIC | $200,000 |
| QUICK PUNCH | CIC | $100,000 |
| QUICK PUNCH | DTTM | $100,000 |

| | | |
|---|---|---|
| Shenzhen Yilu Youni Technology Co., Ltd. | CIC | $200,000 |
| Wenzhou Tisdan Industry And Trade Co., Ltd. | CIC | $100,000 |
| Wenzhou Tisdan Industry And Trade Co., Ltd. | DTTM | $100,000 |
| Yiwu Lianjin Electronic Commerce Co., Ltd. | CIC | $200,000 |
| Yiwu Shangyi Garment Co., Ltd | CIC | $200,000 |
| Yiwu Tooomo Import & Export Co., Ltd. | CIC | $100,000 |
| Yiwu Tooomo Import & Export Co., Ltd. | DTTM | $100,000 |
| Dream ReaLm Store | CIC | $200,000 |
| Global Cool Car Store | CIC | $200,000 |
| Hot Wholesale Store | CIC | $200,000 |
| Jemma Cosplay Costume Store | CIC | $100,000 |
| Jemma Cosplay Costume Store | DTTM | $100,000 |
| Jemma Cosplay Store | CIC | $100,000 |
| Jemma Cosplay Store | DTTM | $100,000 |
| PRO Club Global Store | CIC | $200,000 |
| Shop1104492693 Store | CIC | $100,000 |
| Shop1104492693 Store | DTTM | $100,000 |
| Top Daily Necessities Store | CIC | $200,000 |
| Wenkun0706 Store | CIC | $100,000 |
| Wenkun0706 Store | DTTM | $100,000 |
| babynice126 | CIC | $100,000 |
| babynice126 | DTTM | $100,000 |
| cup0830 | CIC | $100,000 |
| cup0830 | DTTM | $100,000 |
| daye05 | CIC | $100,000 |
| daye05 | DTTM | $100,000 |
| diao05 | CIC | $100,000 |
| diao05 | DTTM | $100,000 |
| gardenhome01 | CIC | $200,000 |
| goodlifefactory | CIC | $200,000 |

| | | |
|---|---|---|
| homemarket19 | CIC | $200,000 |
| killy1688 | CIC | $200,000 |
| mengyang10 | CIC | $100,000 |
| mengyang10 | DTTM | $100,000 |
| pang05 | CIC | $100,000 |
| pang05 | DTTM | $100,000 |
| ren03 | CIC | $100,000 |
| ren03 | DTTM | $100,000 |
| saraha_store | CIC | $100,000 |
| saraha_store | DTTM | $100,000 |
| smyy6 | CIC | $100,000 |
| smyy6 | DTTM | $100,000 |
| smyy888 | CIC | $100,000 |
| smyy888 | DTTM | $100,000 |
| trendy_top_store | CIC | $100,000 |
| trendy_top_store | DTTM | $100,000 |
| zxdingzhi | CIC | $100,000 |
| zxdingzhi | DTTM | $100,000 |
| 2021-andy-01 | CIC | $100,000 |
| 2021-andy-01 | DTTM | $100,000 |
| blingjellyfish | CIC | $100,000 |
| blingjellyfish | DTTM | $100,000 |
| dillmurlati | CIC | $100,000 |
| dillmurlati | DTTM | $100,000 |
| glo56junry51 | CIC | $100,000 |
| glo56junry51 | DTTM | $100,000 |
| qinchen77View profile (qinchen77) | CIC | $200,000 |
| yiwushichangxiaf-0 | CIC | $100,000 |
| yiwushichangxiaf-0 | DTTM | $100,000 |
| Zhengkai Zhu (yiwushilianliugongch-0) | CIC | $100,000 |
| Zhengkai Zhu (yiwushilianliugongch-0) | DTTM | $100,000 |
| Zhonghao Zhu, (yiwushizhuihedianzi0) | DTTM | $100,000 |
| Zhonghao Zhu, (yiwushizhuihedianzi0) | CIC | $100,000 |
| HaiYenHandmadeVN | DTTM | $200,000 |
| KENTGIFT | DTTM | $200,000 |

| | | |
|---|---|---|
| CJLSD | CIC | $200,000 |
| Eachnice | CIC | $200,000 |
| FuLiuFuLiu | DTTM | $200,000 |
| Gaga Clothing | CIC | $200,000 |
| Gardening Tools Store | DTTM | $100,000 |
| Gardening Tools Store | CIC | $100,000 |
| GuXianMing | CIC | $200,000 |
| HGT-TECH | CIC | $200,000 |
| Jigreat | DTTM | $100,000 |
| Jigreat | CIC | $100,000 |
| Koninya | DTTM | $100,000 |
| Koninya | CIC | $100,000 |
| L8502-LXYB Clothing | CIC | $200,000 |
| Leemo | DTTM | $100,000 |
| Leemo | CIC | $100,000 |
| LLFCLL | DTTM | $100,000 |
| LLFCLL | CIC | $100,000 |
| Magic Pocket | CIC | $200,000 |
| Novasphere | CIC | $200,000 |
| Quickwittc | CIC | $200,000 |
| tian sheng yi an | CIC | $200,000 |
| TJSHOP | CIC | $200,000 |
| Uncle Nee's Store | DTTM | $100,000 |
| Uncle Nee's Store | CIC | $100,000 |
| Xi an Shenghe Jurui Technology | DTTM | $100,000 |
| Xi an Shenghe Jurui Technology | CIC | $100,000 |
| Xunxing Technology | CIC | $200,000 |
| yali | DTTM | $100,000 |
| yali | CIC | $100,000 |
| ZYDZ Store | CIC | $200,000 |
| Drybrownfiercegj | DTTM | $100,000 |
| Drybrownfiercegj | CIC | $100,000 |
| Etzel | DTTM | $100,000 |
| Etzel | CIC | $100,000 |
| Fighting123 | DTTM | $100,000 |
| Fighting123 | CIC | $100,000 |
| louxuqongliu | DTTM | $100,000 |
| louxuqongliu | CIC | $100,000 |

| sunshine-cheongsam | DTTM | $100,000 |
|---|---|---|
| sunshine-cheongsam | CIC | $100,000 |
| yangaimei | DTTM | $100,000 |
| yangaimei | CIC | $100,000 |