# Exhibit 1

| | |
|---|---|
| **From:** | TROs |
| **To:** | Nicole Fundora; ███████ Nancy; TROs |
| **Cc:** | ████████████████████████ |
| **Subject:** | RE: Default Judgment - eBay - The Trump Organization v The Individuals, et al. - 25-cv-03053 |
| **Date:** | Tuesday, July 28, 2026 12:33:35 PM |

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hi Nicole,

Thank you for sending over the Order Adopting the Report and Recommendation. Please note that while the Order Adopting the R&R in the Trump Organization case 25-cv-3053 awards Plaintiff damages, as written it does not order eBay to payout restrained funds. We cannot redirect third parties' funds in the absence of clear and explicit directions from the court. If you obtain a modified order from the court ordering eBay to payout restrained funds up to the damages amount, we will comply with it, but as you're aware payment intermediation is a highly regulated area and we cannot redirect third parties' funds in the absence of clear and explicit directions from the court.

I look forward to hearing back from you. Thanks so much!

Best,
Nancy

**From:** Nicole Fundora <nfundora@bsfllp.com>
**Sent:** Thursday, July 16, 2026 3:13 PM
**To:** ███████ Nancy ████████████ TROs ████████



**Subject:** Default Judgment - eBay - The Trump Organization v The Individuals, et al. - 25-cv-03053

External Email

Attached please find the Order Adopting Report and Recommendation entered in this matter awarding Plaintiff damages of $200,000 from each Defaulting Defendant. Also attached is a schedule of the eBay defendants to which the judgment applies. The trust account details for payment are included below. Please let us know if there is anything else you need from us in order to facilitate compliance with the judgment.

Thank you,
Nicole

***IMPORTANT – Please add wire memo** Case No. 25-cv-03053 for Final Default*