UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION LLC
DTTM OPERATIONS LLC,
and CIC OPERATIONS LLC,

       Plaintiff,

v.                                      Case No. 8:25-cv-03053-TPB-NHA

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

       Defendant.

_____/

## **ORDER**

Plaintiffs move (Doc. 134) for writs of execution to aid them in collecting the monetary judgment entered in favor of Plaintiffs CIC Operations, LLC and DTTM Operations, LLC (Doc. 118). I grant the motion.

Federal Rule of Civil Procedure 69 provides that, "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise," and that "[t]he procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with" Florida law. Fed. R. Civ. P.

69(a)(1). Pursuant to Florida Rule of Civil Procedure 1.570(a), "Final process to enforce a judgment solely for the payment of money shall be by execution, writ of garnishment, or other appropriate process or proceedings."

Under Florida law, a judgment creditor may request that the clerk of court issue a writ of execution to satisfy the amount of a judgment. *See* Fla. Stat. § 56.021. That execution may be levied on money, real property, or personal property. Fla. Stat. § 56.061; *see also* Fla. Stat. § 56.09 ("On any judgment against a corporate judgment debtor, the judgment creditor may have an execution levied on the current money as well as on the goods and chattels, lands and tenements of the corporate judgment debtor.").

Here, a judgment has been entered in favor of Plaintiffs DTTM and CIC. Doc. 118. Plaintiffs seek writs of execution to collect the outstanding judgment. Doc. 134. Plaintiffs attach to their motion proposed writs of execution to be executed by the United States Marshals Service. Doc. 134-2; *see also Branch Banking & Tr. Co. v. Ramsey*, 559 F. App'x 919, 924 (11th Cir. 2014) ("[O]nly a U.S. marshal may execute the federal writ of execution by levying on and selling Defendants' property."). The motions correctly state the defaulted Defendants' names and the amount of the judgment. Doc. 134-2.

Accordingly, the Plaintiff's motion for writs of execution (Doc. 134) is GRANTED. The Clerk is directed to issue the writs at Doc. 134-2.

ORDERED on August 14, 2026.

NATALIE HIRT ADAMS
United States Magistrate Judge